FORM CACB (od13vdr VAN–154) Rev.(03/09)

## United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Hector David Villeda

**BANKRUPTCY NO.** 2:10–bk–26583–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–5996
Employer Tax–Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 6/17/10

**Address:**
1224 N 35th St
Los Angeles, CA 90007

Based on debtor's request, IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: June 17, 2010

BY THE COURT,
**Vincent P. Zurzolo**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**19 / WCK**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: wkaaumoan              Page 1 of 1                   Date Rcvd: Jun 17, 2010
Case: 10-26583                 Form ID: van154              Total Noticed: 31

The following entities were noticed by first class mail on Jun 19, 2010.
db            Hector David Villeda,   1224 N 35th St,   Los Angeles, CA  90007
aty          +Leroy Bishop Austin,   3250 Wilshire Blvd Ste 1500,   Los Angeles, CA 90010-1608
tr           +Nancy K Curry,   606 South Olive Street, Suite 950,   Los Angeles, CA 90014-1668
smg           Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
               Sacramento, CA  94280-0001
smg           Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,   Sacramento, CA  95812-2952
smg           Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
ust          +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
26268492     +ARM ACCOUNTS RECEIVABLE MANAGEMENT,   PO BOX 563,   Thorofare, NJ 08086-0563
26268493     +Aurora Loan Services,   PO BOX 5180,   Denver, CO 80217-5180
26602581     +Aurora Loan Services, LLC,   c/o McCarthy & Holthus, LLP,   1770 Fourth Avenue,
               San Diego, CA 92101-2607
26268494     +CHASE,   PO BOX 1598,   Wilmington, DE 19899
26268495     +CitiFinancial,   PO BOX 6931,   The Lakes, NV 88901-6931
26446971      CitiFinancial Inc,   P.O. Box 140489,   Irving, TX 75014-0489
26268497     +Directv,   PO BOX 78626,   Phoenix, AZ 85062-8626
26268496     +Directv,   PO B BOX 54000,   Los Angeles, CA 90054-1000
26268498     +Equifax Credit Information,   Bankruptcy Notification,   PO BOX 740241,   Atlanta, GA 30374-0241
26268499     +Experian,   Bankruptcy Notification,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
26268500     +Financial Plus Investment, Inc.,   5701 S. Eastern Ave # 630,   Los Angeles, CA 90040-2955
26268502      Home Depot Credit Services,   PO BOX 182676,   Columbus, OH 43218-2676
26268501     +Home Depot Credit Services,   PO BOX 6028,   The Lakes, NV 88901-6028
26268503     +Homecomings Financial,   P.O. BOX 205,   Waterloo, IA 50704-0205
26534353     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,
               c/o Wells Fargo Bank, N.A.,   POB 41067,   Norfolk VA 23541-1067
26268505     +Quality Loan Service Corp,   2141 5th Avenue,   TS # CA08-2000036-CL,   San Diego, CA 92101-2101
26268506     +SPRINT,   PO BOX 54977,   Los Angeles, CA 90054-0977
26409658      Sprint Nextel Correspondence,   Attn Bankruptcy Dept,   PO Box 7949,
               Overland Park KS 66207-0949
26409659      Sprint Nextel Distribution,   Attn: Bankruptcy Dept,   P.O. Box 3326,   Englewood, CO 80155-3326
26268507     +Trans Union Credit Bureau,   Bankruptcy Notification,   PO BOX 2000,   Chester, PA 19016-2000
26268508     +Wells Fargo Card Service,   PO BOX 10347,   Des Moines, IA 50306-0347
26268509     +Wells Fargo Dealer Service,   PO BOX 6700,   Rancho Cucamonga, CA 91729-6700
The following entities were noticed by electronic transmission on Jun 18, 2010.
26268491     +E-mail/PDF: recoverybankruptcy@afninet.com Jun 18 2010 02:15:52      AFNI Inc,   404 Brock Dr,
               PO BOX 3517,   Bloomington, IL 61702-3517
26268504     +E-mail/Text: ebn@phinsolutions.com                            Law Offices Mitchell N Kay,
               PO BOX 9006,   Smithtown, NY 11787-9006
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2010**          **Signature:**   *Joseph Speetjens*